Eugene B. Elliot, State Bar No. 111475
Christine Lee, State Bar No. 231617
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:   (415) 353-0990

Attorneys for Defendants
CONTRA COSTA COMMUNITY COLLEGE DISTRICT,
erroneously named herein as CONTRA COSTA COMMUNITY COLLEGE, and
CAROLYN HODGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKAN BOYD and KAMIT, INC., <br><br> Plaintiffs, <br> vs. <br><br> CONTRA COSTA COMMUNITY COLLEGE and CAROLYN HODGE, as individual and as Official Capacity as Chairperson of African Studies, <br><br> Defendants. | Case No.: CV08-4129 JSW <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** <br><br> Date:  January 9, 2009 <br> Time:  9:00 a.m. <br> Courtroom 2, 17th Floor <br> Honorable Jeffrey S. White |

Defendants CONTRA COSTA COMMUNITY COLLEGE DISTRICT, erroneously named herein as CONTRA COSTA COMMUNITY COLLEGE, and CAROLYN HODGE, (collectively "defendants"), by and through their attorneys, hereby request the court to take judicial notice of the contents of the documents identified below pursuant to Federal Rule of Evidence 201. Judicial notice of these documents is appropriate because, although they are not attached to the complaint, plaintiff's complaint necessarily relies on these documents, whose authenticity cannot be contested, and judicial notice of them is appropriate regardless of whether the documents are referenced in the complaint. See *Parrino v. FHP, Inc.*, 146 F. 3d 699, 706 (9th Cir. 1998).

Defendants' seek judicial notice of the contents of the following documents:

1) Charge of Discrimination to Equal Employment Opportunity Commission, Charge No.

1. 555-2008-00286 by Akan Boyd to Contra Costa Community College.

2) Notice of Charge of Discrimination to Greg Marvel, Vice Chancellor, Contra Costa Community College District, Charge No. 555-2008-00286.

3) Dismissal and Notice of Rights from the Equal Employment Opportunity Commission to Akan Boyd regarding Charge No. 555-2008-00286.

Dated: September 3, 2008       BERTRAND, FOX & ELLIOT

By: _____
Eugene B. Elliot
Christine Lee
Attorneys for Defendants
CONTRA COSTA COMMUNITY COLLEGE
DISTRICT and CAROLYN HODGE

### Declaration of Christine Lee

I, Christine Lee, declare:

1. I am an attorney licensed to practice before the United States District Court, Northern District of California and before all of the courts of the State of California. I am an attorney with the law office of Bertrand, Fox & Elliot, attorneys of record for defendants herein.

2. Attached hereto as Exhibit A is a true and correct copy of the Charge of Discrimination, Charge No. 555-2008-00286, received by the DISTRICT from the EEOC.

3. Attached hereto as Exhibit B is a true and correct copy of the Notice of Charge of Discrimination, Charge No. 555-2008-00286, received by the DISTRICT from the EEOC.

4. Attached hereto as Exhibit D is a true and correct copy of the Dismissal and Notice of Rights, Charge No. 555-2008-00286, received by the DISTRICT from the EEOC.

I declare under penalty that the foregoing is true and correct and that this declaration was executed this 3rd day of September, 2008 in, San Francisco, California.

_____
Christine Lee

# EXHIBIT A

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 555-2008-00286 |

**California Department Of Fair Employment & Housing** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Akan Boyd | (510) 658-7752 | |

Street Address: 4014 Martin Luther King Jr. Way, Oakland, CA 94609

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CONTRA COSTA COMMUNITY COLLEGE | 201 - 500 | (707) 644-0104 |

Street Address: 2600 Mission Bell Drive, San Pablo, CA 94806

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 09-18-2006   Latest: 09-18-2006
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

On or about May 8, 2006, I applied for a position as an instruction in the African Studies department. On or about May 14, 2006, I spoke with Terrance Elliot, President of Academic Senate and previous African Studies Chair, who expressed interest in hiring me. He requested that I send my transcripts showing 14 units of African Studies to Chair Carolyn Hodge. On or about September 3, 2006, I sent transcripts showing 16 units of African Studies and a completed class syllabus to Hodge and Elliot. On or about September 18, 2006, Hodge stated that I was not qualified to teach at Respondent. Nzinga Dugas was hired for the position to which I had applied.

In stating that I was not qualified to teach, Hodge referred to an Architectural degree.

I believe I have been discriminated against based on my race (African-American), sex (male), and national origin, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 4/22/08   Charging Party Signature: Akan Boyd

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*
MAY 0 5 2008

RECEIVED
EEOC-SFDO

# EXHIBIT B

EEOC FORM 131 (5/01)

## U.S. Equal Employment Opportunity Commission

Mr. Greg Marvel
Vice Chancellor
CONTRA COSTA COMMUNITY COLLEGE DISTRICT
500 Court Street
Martinez, CA 94553

**PERSON FILING CHARGE**

**Akan Boyd**

THIS PERSON *(check one or both)*
[X] Claims To Be Aggrieved
[ ] Is Filing on Behalf of Other(s)

EEOC CHARGE NO.
**555-2008-00286**

### NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act
[ ] The Americans with Disabilities Act
[ ] The Age Discrimination in Employment Act
[ ] The Equal Pay Act

The boxes checked below apply to our handling of this charge:

1. [X] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [ ] Please provide by _____ a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by _____ to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by
to _____
If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Monica R. Colunga,
Office Automation Asst
*EEOC Representative*
Telephone **(415) 625-5667**

San Francisco District Office
350 The Embarcadero
Suite 500
San Francisco, CA 94105-1260

Enclosure(s): [X] Copy of Charge

**CIRCUMSTANCES OF ALLEGED DISCRIMINATION**
[X] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [X] NATIONAL ORIGIN  [ ] AGE  [ ] DISABILITY  [ ] RETALIATION  [ ] OTHER

See enclosed copy of charge of discrimination.

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| May 7, 2008 | Michael Baldonado, Acting Director | *(signed)* |

# EXHIBIT C

Case 3:08-cv-04129-JSW   Document 4   Filed 09/03/2008   Page 7 of 9

EEOC Form 161 (2/08)     U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Akan Boyd  
4014 Martin Luther King Jr. Way  
Oakland, CA 94609

From: San Francisco District Office  
350 The Embarcadero  
Suite 500  
San Francisco, CA 94105

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

EEOC Charge No.: 555-2008-00286  
EEOC Representative: Malinda K. Tuazon, Investigator  
Telephone No.: (415) 625-5691

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[X] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_Michael Baldonado_     5-9-08

Michael Baldonado,  
Acting Director     (Date Mailed)

Enclosures(s)

cc: Greg Marvel  
Vice Chancellor  
CONTRA COSTA COMMUNITY COLLEGE DIST  
500 Court Street  
Martinez, CA 94553

Enclosure with EEOC
Form 161 (2/08)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit before 7/1/02 -- not 12/1/02 -- in order to recover unpaid wages due for July 2000. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*