Eugene B. Elliot, State Bar No. 111475
Christine Lee, State Bar No. 231617
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:   (415) 353-0990

Attorneys for Defendants
CONTRA COSTA COMMUNITY COLLEGE DISTRICT,
erroneously named herein as CONTRA COSTA COMMUNITY COLLEGE, and
CAROLYN HODGE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKAN BOYD and KAMIT, INC., <br><br> Plaintiffs, <br> vs. <br><br> CONTRA COSTA COMMUNITY COLLEGE and CAROLYN HODGE, as individual and as Official Capacity as Chairperson of African Studies, <br><br> Defendants. | Case No.: CV08-4129 JSW <br><br> **CERTIFICATE OF SERVICE VIA U.S. MAIL** |

I, Jan Taheny declare that:

I am employed in the County of San Francisco, California; I am over the age of eighteen years and not a party to the within cause; and my business address is 2749 Hyde Street, San Francisco, California 94109.

I am readily familiar with the practice of Bertrand, Fox, & Elliot for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

On **September 3, 2008**, I served the following document(s):

1. **NOTICE OF DEFENDANT SAN FRANCISCO COMMUNITY COLLEGE DISTRICT'S MOTION & MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS, OR, IN THE ALTERNATIVE, MOTION FOR**

1

*

1. MORE DEFINITE STATEMENT [FRCP 12(b)(6), FRCP 12(e)];

2. REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT;

3. [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOr MORE DEFINITE STATEMENT; and

4. CERTIFICATE OF SERVICE VIA U.S. MAIL

in said cause, on the following interested parties:

Akan Boyd/Kamit Inc.                                    *Pro Se Plaintiff*
4014 Martin Luther King Jr. Way
Oakland, CA  94690

Said service was performed in the following manner:

( X )   BY U.S. POSTAL SERVICE (Mail): I placed each such document in a sealed envelope addressed at noted above, with first-class mail postage thereon fully prepaid, for collection and mailing at San Francisco, California, following the above-stated business practice, on this date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed **September 3, 2008,** at San Francisco, California.

Jan Taheny