IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AKAN BOYD,

    Plaintiff,

v.

CONTRA COSTA COMMUNITY COLLEGE DISTRICT and CAROLYN HODGE,

    Defendants.

No. C 08-04129 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on January 9, 2009 the motion to dismiss, or, in the alternative, motion for a more definite statement filed by Defendant San Francisco Community College District (erroneously named herein as Contra Costa Community College and Carolyn Hodge). The Court HEREBY ORDERS that Plaintiff Akan Boyd shall file an opposition to the motion by no later than **September 19, 2008** and a reply brief shall be filed by no later than **September 26, 2008**. Failure to oppose the motion may result in **dismissal** of this action.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: September 4, 2008

    JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

AKAN BOYD,

        Plaintiff,

  v.

CONTRA COSTA COMMUNITY COLLEGE
DISTRICT et al,

        Defendant.
                                   /

Case Number: CV08-04129 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Akan Boyd
4014 Martin Luther King Jr. Way
Oakland, CA 94690

Dated: September 4, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk