IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AKAN BOYD,

    Plaintiff,

No. C 08-04129 JSW

v.

CONTRA COSTA COMMUNITY COLLEGE DISTRICT and CAROLYN HODGE,

**ORDER MODIFYING BRIEFING SCHEDULE**

    Defendants.

        This matter is set for a hearing on January 9, 2009 the motion to dismiss, or, in the alternative, motion for a more definite statement filed by Defendant San Francisco Community College District (erroneously named herein as Contra Costa Community College and Carolyn Hodge). On September 4, 2008, this Court issued an order setting the briefing schedule, which permitted the Court to address the motion on the papers and set the dates for briefing sufficiently in advance of the hearing date. However, on September 15, 2008, Plaintiff, appearing *pro se*, filed a motion for a new order setting the briefing schedule. Although the Court is well-within its discretion to order briefing with an opposition due *at least* 21 days in advance of the hearing, the Court construes Plaintiff's motion as a request to set the briefing schedule, giving Plaintiff the maximum time to oppose the motion, according to the Civil Local Rules.

Therefore, the Court HEREBY ORDERS that Plaintiff Akan Boyd shall file an opposition to the motion by no later than **December 19, 2008** and a reply brief shall be filed by no later than **December 26, 2008**. Failure to oppose the motion may result in **dismissal** of this action.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: September 17, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE