**United States District Court**
For the Northern District of California

1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8    AKAN BOYD,

9              Plaintiff,                    No. C 08-04129 JSW

10        v.

11   CONTRA COSTA COMMUNITY COLLEGE        **ORDER GRANTING MOTION TO**
     DISTRICT and CAROLYN HODGE,           **TRANSFER TO OAKLAND**
12                                         **DIVISION**
              Defendants.
13   _____/

14

15        Now before the Court is Plaintiff's motion to transfer this case to the Oakland Division

16   of this Court.  Pursuant to Northern District Civil Local Rule 3-2(f), the Court may, upon its

17   own motion or the motion of any party, transfer the action to a different division within the

18   district if it finds that a civil action has not been assigned to the proper division within the

19   district, or that the convenience of the parties and witnesses and the interests of justice will be

20   served by such transfer.

21        Following review of the case file in the above-captioned matter, IT IS HEREBY

22   ORDERED that this case shall be reassigned to randomly selected district court judge in the

23   Oakland Division of this Court pursuant to the Court's Assignment Plan and Civil Local Rule 3-

24   2(d), (f).

25        **IT IS SO ORDERED.**

26   Dated:   September 25, 2008          _____
                                         JEFFREY S. WHITE
27                                       UNITED STATES DISTRICT JUDGE

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

AKAN BOYD,

              Plaintiff,

    v.

CONTRA COSTA COMMUNITY
COLLEGE DISTRICT et al,

              Defendant.

_____/

Case Number: CV08-04129 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Akan Boyd
4014 Martin Luther King Jr. Way
Oakland, CA 94690

Dated: September 25, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

**United States District Court**
For the Northern District of California