IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKAN BOYD, | |
| Plaintiff, | No. C 08-04129 JSW |
| v. | |
| CONTRA COSTA COMMUNITY COLLEGE DISTRICT and CAROLYN HODGE, | **AMENDED ORDER DENYING MOTION TO TRANSFER TO OAKLAND DIVISION** |
| Defendants. / | |

Although on September 25, 2008, the Court granted Plaintiff's motion to transfer this case to Oakland pursuant to Civil Local Rule 3-2(d), (f), the Court was mistaken. Because the Oakland and San Francisco district courts are considered one and the same division, the Court was incorrect in granting Plaintiff's motion to transfer the matter. Therefore, the Court issues this amended order and IT IS HEREBY ORDERED that this case shall remain before the undersigned and that Plaintiff's the motion to transfer is DENIED.

**IT IS SO ORDERED.**

Dated: September 26, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

AKAN BOYD,

        Plaintiff,

  v.

CONTRA COSTA COMMUNITY
COLLEGE DISTRICT et al,

        Defendant.
                                         /

Case Number: CV08-04129 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 26, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Akan Boyd
4014 Martin Luther King Jr. Way
Oakland, CA 94690

Dated: September 26, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk