

Akan Boyd – Kamit Inc.
4014 Martin Luther King Jr. Way
Oakland. California 94609
(510) 658-7752

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHEN DISTRICT OF CALIFORNIA

Akan Boyd

    **Pro Per Plaintiff**       No. CV 08-04129 JSW

Vs.       **EX-PARTY MOTION NOTICE TO OPPOSE TO DENYING AMENED ORDER TO TRANSFER TO OAKLAND DIVISION**

**CONTRA COSTA COMMUNITY COLLEGE DISTRICT and CAROLYN HODGE**

    **Defendants**

---

Notice to defendant and attorney of record on Friday, October 17, 2008 in court room 2 – 17th Floor at 9:00. This ex-party is in opposition to amended order to transfer to Oakland Division will be held. This ex-party motion will be based on this notice in motion and all court records including any oral arguments that may be allowed by this court.

**FILED**
OCT 0 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: October 6, 2008      _/s/ Akan Boyd_

**DENIED**
Jeffrey S. White
United States District Judge
OCT 0 7 2008

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

AKAN BOYD,

        Plaintiff,

v.

CONTRA COSTA COMMUNITY COLLEGE DISTRICT et al,

        Defendant.

Case Number: CV08-04129 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Akan Boyd
4014 Martin Luther King Jr. Way
Oakland, CA 94690

Dated: October 7, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk