IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AKAN BOYD,

    Plaintiff,

v.

CONTRA COSTA COMMUNITY COLLEGE DISTRICT and CAROLYN HODGE,

    Defendants.

No. C 08-04129 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

On December 1, 2008, Defendant Contra Costa Community College District moved to dismiss the First Amended Complaint and set the hearing for **February 6, 2009 at 9:00 a.m.** The Court ORDERS that an opposition to the motion shall be filed by no later than **December 23, 2008** and a reply brief shall be filed by no later than **January 9, 2008**. Failure to oppose the motion may result in **dismissal** of this action.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: December 2, 2008

                              JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

AKAN BOYD,

        Plaintiff,

  v.

CONTRA COSTA COMMUNITY
COLLEGE DISTRICT et al,

        Defendant.

Case Number: CV08-04129 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Akan Boyd
4014 Martin Luther King Jr. Way
Oakland, CA 94690

Dated: December 2, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk