IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AKAN BOYD,

    Plaintiff,

v.

CONTRA COSTA COMMUNITY COLLEGE DISTRICT and CAROLYN HODGE,

    Defendants.

No. C 08-04129 JSW

**ORDER DENYING MOTION FOR RECONSIDERATION OF MOTION FOR DISQUALIFICATION**

Now before the Court is the motion for leave to file a motion for reconsideration filed by Plaintiff Akan Boyd ("Plaintiff").[1] Plaintiff requests reconsideration of the Court's order issued on January 7, 2009 denying Plaintiff's motion for disqualification. Having carefully reviewed Plaintiff's papers and considered the relevant legal authority, and good cause appearing, the Court hereby DENIES Plaintiff's motion for leave to file a motion for reconsideration.

A motion for reconsideration may be made on one of three grounds: (1) a material difference in fact or law exists from that which was presented to the Court, which, in the exercise of reasonable diligence, the party applying for reconsideration did not know at the time of the order; (2) the emergence of new material facts or a change of law; or (3) a manifest failure by the Court to consider material facts or dispositive legal arguments presented before entry of the order. Civ. L.R. 7-9(b)(1)-(3). In addition, the moving party may not reargue any written or oral argument previously asserted to the Court. Civ. L.R. 7-9(c).

---

[1] Although the filing fails to conform to Civil Local Rule 7-9(a), the Court construes the filing as a motion for leave of court to file a motion for reconsideration.

1   Plaintiff moves for reconsideration for the Court to consider dispositive legal arguments
2   that he alleges the Court failed to consider initially with regard to the motion. The Court
3   considered the arguments now raised when considering Plaintiff's opposition to the motion for
4   disqualification and found them unpersuasive. It finds them similarly unpersuasive in the
5   context of the motion to reconsider. Plaintiff may not move for reconsideration on the basis of
6   any written or oral argument previously asserted to the Court. Civ. L.R. 7-9(c). Accordingly,
7   Plaintiff's motion for leave to file a motion for reconsideration is DENIED.

8   Lastly, the hearing on Defendant's motion to dismiss is set for February 6, 2009 at 9:00
9   a.m. The last day to file an opposition is January 23, 2009. A reply brief shall be filed by no
10  later than January 30, 2009. *Failure to timely oppose the motion shall result in dismissal of this*
11  *action*.

13  **IT IS SO ORDERED.**
14  Dated: January 13, 2009

    JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

AKAN BOYD,

        Plaintiff,

  v.

CONTRA COSTA COMMUNITY
COLLEGE DISTRICT et al,

        Defendant.

Case Number: CV08-04129 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 13, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Akan Boyd
4014 Martin Luther King Jr. Way
Oakland, CA 94690

Dated: January 13, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk